IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALEED NASSER, | No. C 08-05295 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 8, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 5, 2010</u>.

JURISDICTIONAL MOTION: <u>August 14, 2009</u> at <u>9:00 a.m.</u>
(Motion Due: 7/10/09, Opposition due: 7/24/09, Reply due: 7/31/2009)

DESIGNATION OF EXPERTS: <u>1/11/10</u>; REBUTTAL: <u>1/25/10</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 5, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 19, 2010</u>;

Opp. Due <u>April 2, 2010</u>; Reply Due <u>April 9, 2010</u>;

and set for hearing no later than <u>April 23, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 8, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 21, 2010</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation deadline is extended to September 3, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.
Dated:

SUSAN ILLSTON
United States District Judge