IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALEED NASSER, | No. C 08-5295 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant's motion to dismiss the complaint for lack of subject matter jurisdiction is scheduled for a hearing on August 14, 2009. Plaintiff has filed a non-opposition to the motion. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument and VACATES the hearing.

Based upon the Court's review of the record as well as plaintiff's statement of non-opposition, it appears plaintiff's lawsuit is barred by the Suits in Admiralty Act's two year statute of limitations, 46 U.S.C. § 30905. Plaintiff's administrative claim, which is consistent with plaintiff's deposition testimony, alleged that plaintiff's injury occurred on November 7, 2006. *See* Strassburg Decl. Ex. A; Franken Decl. Ex. A (Nasser depo. at 54:13-20, 71:12-74:25). This lawsuit was filed on November 21, 2008. Accordingly, the Court GRANTS defendant's Fed.R.Civ.Pro. 12(b)(1) motion to dismiss the complaint for lack of subject matter jurisdiction. *See T.J. Falgout Boats Inc. v. United States*, 508 F.2d 855, 858 (9th Cir. 1974) (statute of limitations under SIAA is jurisdictional and cannot be tolled).

**IT IS SO ORDERED.**

Dated: August 12, 2009

SUSAN ILLSTON
United States District Judge