IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALEED NASSER, | No. C 08-5295 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant's motion to dismiss the complaint for lack of subject matter jurisdiction is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 12, 2009

SUSAN ILLSTON
United States District Judge